Charles D. Oren, Esq. #103038
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| Carolyn Renfrow | 1:07-CV-324 AWI DLB |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on February 11, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 22, 2007        /s/ Charles D. Oren

CHARLES D. OREN, ESQ.
Attorney for Plaintiff

Dated: November 28, 2007

MCGREGOR SCOTT
United States Attorney

By: /s/ Sarah Ryan
(as authorized via facsimile)
Sarah Ryan
Assistant Regional Counsel

1  IT IS SO ORDERED.

2  **Dated:     December 4, 2007**                       /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE